
Reset Form

| | |
|---|---|
| DATE: 4/30/2020 | UNITED STATES DISTRICT COURT |
| REPLY TO ATTN OF: Mary | **memorandum** |

SUBJECT: Possibly Related Case
CASE NUMBER: 1:20-cv-370
CASE CAPTION: Roedel et al v. National Collegiate Athletic Association et al

FILED
May 4, 2020 3:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __mkc__ SCANNED BY /s/

TO: Magistrate Judge Kent

According to the Complaint the attorney of record indicates this case is related to the cases listed below:

Judge Robert J. Jonker       Case Number 1:20-cv-369

Case Number _____

Case Number _____

____ Case is related       _X_ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

____ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

_____

_____

Dated: 5/4/2020         Signature: _____

____ Direct assignment performed
_X_ Random assignment performed       Initials: _____   Date: 5-4-2020

07/15