IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EMMA ROEDEL, BAILEY KOWALSKI, CAPRI DAVIS, JANE DOE 1, JANE DOE 2, SHERIDAN THOMAS, JANE DOE 3, and OTHER UNIDENTIFIED FEMALE DOES;<br><br>     Plaintiffs,<br><br>v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; NCAA BOARD OF GOVERNORS; NCAA DIVISION I BOARD OF DIRECTORS; NCAA DIVISION I COUNCIL; MARK EMMERT, in his individual and official capacity; and OTHER UNIDENTIFIED DEFENDANTS.<br><br>     Defendants. | Case No.:   1:20-cv-00370<br><br>Hon.  Janet T. Neff<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

| | |
|---|---|
| Karen Truszkowski (P56929)<br>TEMPERANCE LEGAL GROUP, PLLC<br>Attorney for Plaintiffs<br>503 Mall Court #131<br>Lansing, MI 48912<br>844-534-2560 phone<br>800-531-6527 fax<br>karen@temperancelegalgroup.com | Elizabeth K. Abdnour (P78203)<br>ELIZABETH ABDNOUR LAW, PLLC<br>Attorney for Plaintiffs<br>1146 S. Washington Ave., Ste. D7<br>Lansing, MI 48910<br>(517) 292-0067 phone<br>elizabeth@abdnour.com |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO**
**Fed. R. Civ. P. 41.1(a)(1)(A)**

1. Pursuant to Fed. R. Civ. P. 41.1(a)(1)(A), plaintiffs, through their counsel, hereby give notice that they dismiss, without prejudice and without costs, all claims in the above-captioned action.

2. The Defendants in the within action have not been served with the summons and complaint, nor has an attorney appearance or responsive pleading been filed.

DATED:  05/25/2020        Respectfully submitted,

/S/ Karen Truszkowski

_____
Karen Truszkowski (P56929)
TEMPERANCE LEGAL GROUP, PLLC
Attorney for Plaintiffs
503 Mall Court #131
Lansing, MI 48912
844-534-2560 phone
800-531-6527 fax
karen@temperancelegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2020, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record in this matter registered with the ECF system.

I declare under penalty of perjury that the foregoing is true to the best of information, knowledge, and belief.

/S/ Karen Truszkowski

_____
Karen Truszkowski (P56929)